UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 3:20-cv-10628-MGM

| | |
|---|---|
| JEREMY HOLLINS, <br>     Plaintiff <br><br> vs. <br><br> THE CITY OF WEST SPRINGFIELD, <br> THOMAS SUDNICK, JOSEPH WOLOWICZ, <br> JOSEPH CASEY, NATHAN O'BRIEN, <br> ADAM POLASTRY, RONALD <br> CAMPURCIANI, JOHN/JANE DOES <br> (Current or former employees of the City of <br> West Springfield), and MASSACHUSETTS <br> INTERLOCAL INSURANCE ASSOCIATION, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Access is hereby granted to Nancy Frankel Pelletier, Esq. and Jeffrey J. Trapani, Esq., of Robinson Donovan P.C. to the criminal records, including any arrests, of: **Jeremy Hollins, Date of Birth: ____/____/19____; Social Security Number: _____,** pursuant to 803 C.M.R. 2.07(3)(d).

The Court further orders that the aforementioned defense counsel shall enter the full date of birth and social security number into this order and remit same to the target agency with a copy to Plaintiff's Counsel.

So ordered by the Court:

Dated: 8/12/20  _____

643098