UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEREMY HOLLINS | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF WEST SPRINGFIELD, | ) | |
| THOMAS SUDNICK, | ) | |
| JOSEPH WOLOWICZ, JOSEPH CASEY, | ) | **Civil Action No.: 3:20-CV-10628-MGM** |
| NATHAN O'BRIEN, ADAM POLASTRY, | ) | |
| RONALD CAMPURCIANI, | ) | |
| JOHN/JANE DOES (current of former | ) | |
| employees of the City of West Springfield,) | ) | |
| and MIIA Property and Casualty Group, | ) | |
| Inc., | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff and all Defendants (the "West Springfield police Defendants") except MIIA Property and Casualty Group, Inc., the claims against which have been severed and stayed, jointly move that the deadline for completion of non-expert discovery be extended to December 31, 2021, and the scheduling order be amended correspondingly. In support of their motion, the parties state that, due to the COVID-19 pandemic, they agreed among themselves: (1) to postpone the deposition of the Plaintiff Jeremy Hollins until it could be safely conducted in person, on July 15, 2021; and (2) to defer depositions of the West Springfield police Defendants pending settlement discussions following Plaintiff's deposition. Accordingly, the parties respectfully request that the initial scheduling order be amended as follows:

| | **Current** | **Proposed** |
|---|---|---|
| Completion of non-expert discovery | 06/04/2021 | 12/31/2021 |
| Case Management Conference | 06/14/2021 | TBD |

1

| | | |
|---|---|---|
| Plaintiff's expert designation and disclosure | 07/21/2021 | 02/18/2022 |
| Defendant's expert designation and disclosure | 08/16/2021 | 03/04/2022 |
| Completion of expert depositions | 10/15/2021 | 05/13/2022 |
| Dispositive Motions (file by date) | 01/07/2022 | 07/29/2022 |
| Oppositions to Motions (file by date) | 02/07/2022 | 08/29/2022 |
| Replies to oppositions (file by date) | 02/18/2022 | 09/13/2022 |
| Dispositive Motions (heard by date) | 03/14/2022 | 09/23/2022 |

PLAINTIFF
JEREMY HOLLINS
By his attorney,


/s/ Michael J. Grace
Michael J. Grace, BBO #205875
E-mail: mjg@raipher.com
Raipher D. Pellegrino, BBO #560614
E-mail: rdp@raipher.com
Raipher, P.C.
100 Cambridge Street, 14th Floor
Boston, MA 02114
Tel No.: (617) 904-7778

DEFENDANTS
THE CITY OF WEST SPRINGFIELD,
THOMAS SUDNICK, JOSEPH WOLOWICZ,
JOSEPH CASEY, NATHAN O'BRIEN, ADAM
POLASTRY, and RONALD CAMPURCIANI,
By their attorneys,


/s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., BBO #544402
E-mail: npelletier@robinsondonovan.com
Jeffrey J. Trapani, Esq., BBO # 661094
E-mail: jtrapani@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Tel. No.: (413) 732-2301

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of June, 2021.


<u>*/s/ Michael J. Grace*</u>
Michael J. Grace